October 28th, 1903.

————o————

No. 3093.

(Court of Appeal, Parish of Orleans.)

THIRD DISTRICT MARKET COMPANY, LIMITED, vs. BOARD OF ASSESSORS, et als.

Concurrent appeals having been taken herein to the Supreme Court and to this Court, and the former tribunal having taken jurisdiction of the cause, the appeal to this Court is dismissed.

Appeal From Civil District Court, Division C.

E. K. Skinner, H. G. Dupre and F. C. Zacharie, for Defendants and Appellants.

H. S. Suthon and Frank Zengel, for Plaintiff and Appellee.

DUFOUR, J. In this suit, which sought the cancellation of an assessment, concurrent appeals were taken to the Supreme Court and to this Court. The former tribunal having taken jurisdiction and

disposed of the sole issue in the cause, nothing remains for our consideration.

Appeal dismissed.